

Matthew E. Osman - MO, KS
Stephen L. Smay - MI, NY, DC

December 2, 2014

**VIA ECF**

Honorable Steven I. Locke
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY 11722

Re: *Gisomme, et al. v. HealthEx Corp., et al.*, No. 13-CV-2541 (LDW)(WDW)

Dear Judge Locke:

Plaintiffs' counsel writes, with Defendant's consent, to request that the status conference currently scheduled for 12/5/2014 at 3:00pm be held via telephone conference. Due to various issues related to the press of business and otherwise, Plaintiffs asked Defendants if they would oppose holding the conference telephonically to the extent that this Honorable Court does not object and Defendants indicated their agreement.

Of course, if the Court would prefer an in-person hearing, there is no need to reschedule as Mr. Redenburg for Plaintiffs is able to attend and Defendant's counsel has indicated their ability to attend at this time as well.


Respectfully Submitted,



Matthew E. Osman
Osman & Smay LLP