UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCKENZY GISOMME, TREMAINE SPRINGER AND EDUARDO AQUINO, On behalf of themselves And all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>HEALTHEX CORP,<br><br>Defendant. | Docket No.: 13-cv-2541 (LDW) (SIL)<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a), the Parties, by and through their undersigned counsel, stipulate to the dismissal of the above-captioned action in its entirety with prejudice.

**MICHAEL J. REDENBURG, ESQ. PC**
**OSMAN & SMAY LLP**

_____

Michael Redenburg, Esq.
11 Park Place, Suite 817
New York, NY 10007
212.240.9465

Matthew Osman, Esq.
8500 W. 110th Street, Suite 330
Overland Park, KS 66210
913.667.9243
*Attorneys for Plaintiffs*

**LITTLER MENDELSON, P.C.**

_____  3/31/15

John T. Bauer, Esq.
William H. Ng, Esq.
290 Broadhollow Road, Suite 305
Melville, New York 11747
631.247.4700
*Attorneys for Defendant*

SO ORDERED:

_____